Peter J. Anderson, Esq., Cal. Bar No. 88891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040

Attorney for Defendants
SONY MUSIC ENTERTAINMENT and
SARAH WEINSTEIN DENNISON

FILED
2014 FEB -7 PM 12:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| COURTNEY BARNES, <br><br> Plaintiff, <br><br> vs. <br><br> SONY MUSIC ENTERTAINMENT, INC.; RCA MUSIC GROUP; SARAH DENNISON, an individual; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. <br> CV14-0965 <br><br> NOTICE OF INTERESTED PARTIES |

# NOTICE OF INTERESTED PARTIES

**[Fed. R. Civ. P., Rule 7.1; Local Rule 7.1-1]**

The undersigned, counsel of record for defendants Sony Music Entertainment and Sarah Weinstein Dennison, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Sony Music Entertainment, who is named as a defendant. Sony Music Entertainment is ultimately owned by Sony Corporation, a publicly traded company organized under the laws of Japan.

2. Sarah Weinstein Dennison, who is named as a defendant.

3. Courtney Barnes, who is the plaintiff.

Dated: February 7, 2014

Peter J. Anderson, Esq.
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
Attorney for Defendants
SONY MUSIC ENTERTAINMENT and
SARAH WEINSTEIN DENNISON

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California and my business address is 100 Wilshire Boulevard, Suite 2010, Santa Monica, CA 90401. I am over the age of 18 and not a party to this action.

On February 7, 2014, I served the foregoing document described as **NOTICE OF INTERESTED PARTIES**, on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope at Santa Monica, California, addressed as follows:

James J. Orland, Esq.
Orland Law Group
1334 Parkview Avenue
Suite 100
Manhattan Beach, CA 90266

[X] I caused such envelope with postage thereon fully prepaid to be placed in the United States mail. I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Correspondence for mailing is deposited with the United States Postal Service on that same day in the ordinary course of business. The foregoing document was sealed and placed for collection and mailing on the foregoing date, following the firm's ordinary practices. I am aware that on motion of any party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

[ ] I caused such envelope to be delivered by hand to the offices of the addressee.

[ ] I placed such envelope in a box or other facility regularly maintained by Federal Express, in an envelope or package designated and provided by Federal Express, with delivery fees paid or provided for, addressed to the above-indicated addressees.

[ ] I caused a copy of the foregoing document to be faxed to the addressee.

Executed on February 7, 2014 at Santa Monica, California. I declare under penalty of perjury that the above is true and correct.



2