UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 14-00965 DDP (JCGx)                                             Dated: February 28, 2014

Title:   COURTNEY BARNES -v- SONY MUSIC ENTERTAINMENT INC., et al.
================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

    John A. Chambers                                             None Present
    Courtroom Deputy                                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                                         None

PROCEEDINGS:       MINUTE ORDER (IN CHAMBERS)

    This action has been assigned to the calendar of Judge Dean D. Pregerson.

    Counsel are encouraged to review the Central District's website for additional information. The address is **"http://www.cacd.uscourts.gov"**.

    It is not necessary to clear a motion date with the Court Clerk prior to filing the motion. The Court hears motions only on Mondays at 10:00 a.m.

    Concerning Mandatory Courtesy Copies, the Court requires delivery to Room 244-J (blue back optional) only the following filed documents, no later than the next business day after filing:

    (1)   All noticed motions and related documents* (2 copies);
          [Exhibits and attachments **must** be separately tabbed].

    (2)   All *ex parte* applications and related documents* (2 copies); and
          [Exhibits and attachments **must** be separately tabbed].

    (3)   Rule 26(f) Reports (1 copy).

    *[WHEN IN DOUBT deliver a courtesy copy.]

    **Attention ECF Attorneys - Chambers Email Addresses are available under your Utilities menu.

MINUTES FORM 11                                              Initials of Deputy Clerk __JAC_____
CIVIL -- GEN