1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| COURTNEY BARNES, | Case No. CV14-00965 DPP (JCGx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| SONY MUSIC ENTERTAINMENT, INC.; RCA MUSIC GROUP; SARAH WEINSTEIN DENNISON, an individual; and DOES 1 through 100, inclusive, | |
| Defendants. | |

# JUDGMENT

The Court having considered the Motion of defendants Sarah Weinstein Dennison, sued as Sarah Dennison, and Sony Music Entertainment ("Sony Music"), also sued erroneously as RCA Music Group, for summary judgment, plaintiff Courtney Barnes' opposition, the reply papers and the oral argument at the hearing on the Motion, and the Motion having been duly granted,

**IT IS ORDERED AND ADJUDGED** that plaintiff Courtney Barnes take nothing by his Complaint and that his Complaint and claims be dismissed on the merits, with defendants to recover their costs.

Dated: May 9, 2016

_____
The Honorable Dean D. Pregerson
United States District Judge

*Submitted by:*

Peter J. Anderson, Esq., Cal. Bar No. 88891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040
Attorney for Defendants
SARAH WEINSTEIN DENNISON and
SONY MUSIC ENTERTAINMENT